United States District Court
District of Minnesota
Third Division

Upsher-Smith Laboratories, Inc.,

Plaintiff,

v.

SkeyPharma, P.L.C.

Defendants

File No. 00-1321 ADM/AJB

**ORDER**

---

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on plaintiffs' motion to extend time to respond to the complaint. Hearing was held on August 7, 2000, at 638 United States Courthouse, 316 N. Robert St., St. Paul, MN. Jonathan C. Miesen, Esq. appeared on behalf of plaintiff. Madge S. Thorsen, Esq. appeared on behalf of defendant. Based on the file, motions, and arguments of counsel, the Court concludes that the grant of additional time to respond to the complaint is appropriate in this case. The motion to extend time to respond is **GRANTED**. Defendant shall file its response no later than September 8, 2000.

Dated: 8/7/00

Arthur J. Boylan
United States Magistrate Judge

FILED AUG 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________