UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Upsher-Smith Laboratories, Inc., Case No. CA 00-1321 (ADM/AJB)

Plaintiff,

v.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

SkyePharma, P.L.C.,

Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their undersigned legal counsel, that all of the claims and counterclaims that were asserted or that could have been asserted in this case may be and hereby are dismissed with prejudice, but without costs being awarded to any party.

Dated: Dec. 15, 2000

LINDQUIST & VENNUM P.L.L.P.

By: [signature]
Jonathan C. Miesen
Atty. Reg. No. 19752X

4200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2205
(612) 371-3211

Attorneys for Plaintiff

FILED JAN 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: Dec. 20, 2000

LEYDIG, VOIT & MAYER, LTD.

By: Paul J. Korniczky
Paul J. Korniczky
Ill. Atty. Reg. No. 06194438

Two Prudential Plaza
Suite 4900
Chicago, IL 60601-6780
312-616-5600

Attorneys for Defendant

**ORDER**

Pursuant to the foregoing Stipulation,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, but without costs being awarded to any party.

Dated: January 16, 2000

Ann D. Montgomery
Judge of District Court

1294225/v1